AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▾

| | |
|---|---|
| RAPTOR, LLC, a Florida limited liability company, ) ) ) ) ) <br> _Plaintiff(s)_ ) ) <br> v. ) ) <br> JOHNSON BROS. CORPORATION, A SOUTHLAND ) <br> COMPANY, a Texas corporation, and QUALIS ) <br> CONCRETE LLC, a Florida limited liability company, ) <br> DAVID SANTIAGO ZULETA, an individual ) <br> _Defendant(s)_ ) | Civil Action No.   9:26-cv-80203-EA |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Johnson Bros. Corporation, a Southland Company
c/o Reg. Agent, NRAI Services, Inc.
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William R. Trueba, Jr.
Avila Rodriguez Hernandez Mena & Garro LLP
2525 Ponce de Leon Boulevard
Penthouse 12th Floor
Miami, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Feb 27, 2026

s/ _Clifford Charles_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

| | |
|---|---|
| RAPTOR, LLC, a Florida limited liability company, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| JOHNSON BROS. CORPORATION, A SOUTHLAND COMPANY, a Texas corporation, and QUALIS CONCRETE LLC, a Florida limited liability company, DAVID SANTIAGO ZULETA, an individual | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   9:26-cv-80203-EA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Qualis Concrete LLC
c/o Reg. Agent, Zuleta, David S.
260 Maitland Ave.
Suite 1000
Altamonte Springs, FL 32701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William R. Trueba, Jr.
Avila Rodriguez Hernandez Mena & Garro LLP
2525 Ponce de Leon Boulevard
Penthouse 12th Floor
Miami, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 27, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida   ▼

| | |
|---|---|
| RAPTOR, LLC, a Florida limited liability company, )<br><br>)<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>JOHNSON BROS. CORPORATION, A SOUTHLAND )<br>COMPANY, a Texas corporation, and QUALIS )<br>CONCRETE LLC, a Florida limited liability company, )<br>DAVID SANTIAGO ZULETA, an individual )<br>_____ )<br>*Defendant(s)* ) | Civil Action No.   9:26-cv-80203-EA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Santiago Zuleta
260 Maitland Ave.
Suite 1000
Altamonte Springs, FL 32701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William R. Trueba, Jr.
Avila Rodriguez Hernandez Mena & Garro LLP
2525 Ponce de Leon Boulevard
Penthouse 12th Floor
Miami, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Date:   Feb 27, 2026
_____

Angela E. Noble
Clerk of Court